# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William Terry Hudgins,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                         3:08-CV-558

Michael J. Astrue,
Commissioner of Social Security

    Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 12, 2009 Order.


                                              Signed: August 12, 2009

                                              Frank G. Johns, Clerk
                                              United States District Court